| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED:  11/24/2020 |

-----------------------------------------------------------------x
**RODRIGUEZ.,**   :
            **Plaintiff,**   :
             :
    v.   :   **1:20-cv-09750-ALC**
             :   <u>**ORDER**</u>
**ETHICON INC., ET AL.,**   :
            **Defendants.**   :
-----------------------------------------------------------------: x

**ANDREW L. CARTER, JR., District Judge:**

*First*, the Court is in receipt of a "Notice of Withdrawal of Counsel" filed on November 20, 2020. ECF No. 56. This submission does not comply with Local Civil Rule 1.4 Withdrawal or Displacement of Attorney of Record. Counsel must submit the appropriate application, which the Court will then consider. Counsel is ORDERED to make the appropriate application no later than December 8, 2020.

*Second*, the Parties are ORDERED to file a Joint Status Report on or by December 8, 2020 regarding how they would like to proceed in this matter.

**SO ORDERED.**
**Dated: November 24, 2020**
       **New York, New York**

                                                                     **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**