RIKER DANZIG SCHERER HYLAND & PERRETTI, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Defendants,
Ethicon, Inc. and Johnson & Johnson

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  11/18/2021
```

| | |
|---|---|
| JUDY RODRIGUEZ,<br><br>                              Plaintiff,<br><br>vs.<br><br>ETHICON, INC. and JOHNSON & JOHNSON,<br><br>                              Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>(FOLEY SQUARE)<br><br>CIVIL ACTION NO. 1:20-cv-09750-ALC<br><br>HON. ANDREW L. CARTER, JR., U.S.D.J.<br>HON. STEWART D. AARON, U.S.M.J.<br><br>**CONSENT ORDER OF DISMISSAL WITH PREJUDICE** |

This matter having been brought before the Court jointly by the parties, Plaintiff Judy Rodriguez and Defendants Ethicon, Inc., Johnson & Johnson, (no party hereto being an infant or incompetent), seeking an Order dismissing this action with prejudice pursuant to Fed. R. Civ. P. 41, and for good cause shown,

**IT IS ON THIS** 18th day of November, 2021; **ORDERED** that no party hereto is an infant or incompetent; and

**IT IS FURTHER ORDERED** that all claims, cross-claims, and third party claims between the parties be and are hereby dismissed with prejudice, each party to bear its own costs and fees.

_____
HON. ANDREW L. CARTER, JR., U.S.D.J

CONSENT TO AS FOR FORM AND ENTRY this date, June 2, 2021:

                                                 Respectfully submitted,

| */s/ Kelly S. Crawford* | */s/ Mark Alan Milstein* |
|---|---|
| Kelly S. Crawford, Esq. | Mark Alan Milstein, Esq. |
| */s/ Maha M. Kabbash* | */s/ Levi M. Plesset* |
| Maha M. Kabbash, Esq. | Levi M. Plesset, Esq. |
| **RIKER DANZIG SCHERER HYLAND & PERRETTI, LLP** | **MILSTEIN JACKSON FAIRCHILD & WADE, LLP** |
| Headquarters Plaza | 10250 Constellation Blvd. |
| One Speedwell Plaza | Suite 1400 |
| Morristown, NJ 07962 | Los Angeles, CA 90067 |
| (973) 538-0800 | (310) 396-9600 |
| kcrawford@riker.com | mfox@mjfwlaw.com |
| mkabbash@riker.com | lplesset@mjfwlaw.com |
| *COUNSEL FOR DEFENDANTS* | *COUNSEL FOR PLAINTIFF* |